United States District Court
Southern District of Texas
**ENTERED**
August 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL A ALANIZ, | § |
| | § |
| Plaintiff, | § |
| VS. | § 4:16-CV-1495 |
| | § |
| ONE UNKNOWN HARRIS COUNTY | § |
| SHERIFF'S DEPUTIES | § |
| and | § |
| HARRIS COUNTY | § |
| and | § |
| HARRIS COUNTY SHERIFF'S OFFICE | § |
| and | § |
| RON HICKMAN | § |
| and | § |
| CARRINGTON PHILLIPS, | § |
| | § |
| Defendants. | § |

**AMENDED ORDER SETTING MEDIATION**

**TO ALL PARTIES AND COUNSEL OF RECORD**:

The above matter was referred to Magistrate Judge Dena Hanovice Palermo for mediation. You are hereby notified that the mediation has been rescheduled for:

**Thursday, August 16, 2018, at 10:30 a.m.**
in Courtroom 702 (7th Floor)
United States Courthouse
515 Rusk Street
Houston, TX 77002

**PRE-MEDIATION CONFERENCE CALL**

The Court will hold a pre-mediation conference call with lead attorneys (no clients) on August 15, 2018 at 3:00 p.m.   The purpose of the call is to discuss the mediation process and preparation.  Subsequent calls may be scheduled with counsel on an individual basis, if any party desires to speak to Judge Palermo *ex parte* in advance of the mediation.

Each party is to call independently of each other. The call may be placed to 1-712-770-8004. The conference code is 839651.

Court Procedures: Information on the Court's practices and procedures and how to reach Court personnel may be obtained at the Clerk's website at www.txs.uscourts.gov or from the intake desk of the Clerk's office.

Signed on August 6, 2018, at Houston, Texas.

*Dena Palermo*
Dena Hanovice Palermo
United States Magistrate Judge